UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER CLARKE,

                Plaintiff,

-v-

PASSFEED, INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 596 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 5, 2024, it is ORDERED as follows:

1. A telephonic status conference is scheduled for **Monday, November 18, 2024 at 10:00 a.m.** Counsel are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. By **Thursday, November 14, 2024**, the parties shall file a joint letter of not more than five pages concerning their progress and any discovery issues ripe for the Court's attention.

Dated:     New York, New York
            September 5, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge