UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER CLARKE,

                Plaintiff,

-v-

PASSFEED, INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 596 (JPC) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 18, 2024, it is ORDERED as follows:

1. A telephone status conference is scheduled for **Wednesday, January 15, 2025 at 11:30 a.m.** on the Court's Microsoft Teams platform. Counsel are directed to call: (646) 453-4442; phone conference ID: 275195676#, at the scheduled time.

2. By **Friday, January 10, 2025**, the parties shall file a joint letter of not more than five pages concerning their progress and any discovery issues ripe for the Court's attention.

Dated:     New York, New York
           November 18, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge