UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER CLARKE,

                Plaintiff,

-v-                              CIVIL ACTION NO. 24 Civ. 596 (JPC) (SLC)

PASSFEED, INC., et al.,               **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The deadline for Plaintiff to respond to Defendants' Motion to Quash or Modify Subpoena (ECF No. 50 (the "Motion")) was December 9, 2024. Plaintiff has not responded.

As a one-time courtesy, the Court sua sponte extends the deadline for Plaintiff to respond to the Motion up to and including **December 12, 2024**. Plaintiff is warned that failure to respond by December 12, 2024 will result in the Court deeming the Motion unopposed and granting some or all of the requested relief.

Dated:      New York, New York
              December 10, 2024

                                                SO ORDERED.

                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**