

*Attorneys at Law*
45 BROADWAY, SUITE 430
NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANYs

January 10, 2025

<u>VIA ECF</u>
Hon. Sarah L. Cave
U.S. Magistrate Judge
U.S. District Court (S.D.N.Y.)
500 Pearl St.
New York, NY 10007

      Re:   *Christopher Clarke v. Passfeed, Inc., et al.*
            Case No.: 1:24-cv-596

Your Honor:

    I represent Plaintiff in the above action and submit this letter to respectfully request an adjournment of the telephonic status conference scheduled for January 15, 2025. Plaintiff's counsel is scheduled to begin a trial in New York Supreme Court, Bronx County, on January 13, 2025, and the trial is expected to last 5 days. The case is *Fling v. Integrity Business Solutions, Inc., et al.,* Index No.: 24267/2014E. I have conferred with counsel for Defendants, and she consents to the within request. We have discussed availability for an adjourned telephonic hearing date and can propose February 3, 4, 5, or 7, 2025, or any future date convenient for the Court.

    The Parties and their counsel thank the Court for its time.

                                        Respectfully,

                                        */s/Steven Fingerhut*
cc:   Robin Gray, Esq. (*via ECF*)        Steven Fingerhut
      *Attorney for Defendants*            *Attorneys for Plaintiff*

---

Plaintiff's unopposed request at ECF No. 55 is **GRANTED**.  The telephone conference set for January 15, 2025 at 11:30 a.m. is **ADJOURNED** to **Monday, February 3, 2025 at 12:00 p.m.** on the Court's Microsoft Teams Platform.  The parties are directed to call: (646) 453-4442; phone conference ID: 111 124 078#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 55.

SO ORDERED.   January 10, 2025

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge