UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER CLARKE,

                     Plaintiff,

   -v-                                      CIVIL ACTION NO. 24 Civ. 596 (JPC) (SLC)

PASSFEED, INC., et al.,                     **ORDER**

                     Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 3, 2025, it is ORDERED as follows:

1. Defendants' Motion to Quash Subpoena (ECF No. 50) is **GRANTED in part and DENIED in part**. Plaintiff shall narrow the scope of his subpoena (ECF No. 50-3) to include only non-privileged communications relating to McDermott Will & Emery's investigation of Plaintiff's claims of discrimination and retaliation between McDermott Will & Emery's attorneys and non-party witnesses that occurred <u>after</u> any non-party witness's employment with Defendant Passfeed, Inc.

2. On or before **February 24, 2025**, Plaintiff shall file a letter of not more than three (3) pages setting forth all discovery disputes ripe for the Court's attention. On or before **February 28, 2025**, Defendants shall file a response of not more than three (3) pages.

3. A telephone status conference is scheduled for **Tuesday, March 4, 2025 at 2:30 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 844 897 229#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 50.

Dated: New York, New York
February 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**