UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER CLARKE,

                Plaintiff,

-v-                              CIVIL ACTION NO. 24 Civ. 596 (JPC) (SLC)

PASSFEED, INC., et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 4, 2025, (the "Conference") it is ORDERED as follows:

1. The parties' discovery requests are **GRANTED in part and DENIED in part** as set forth during the Conference. (See ECF Nos. 59; 60).

2. On or before **March 10, 2025**, Plaintiff shall produce to Defendants an unredacted copy of his Seton Hall University transcript and mark it as confidential. (See ECF Nos. 60 at 3; 38). The parties shall meet and confer to resolve any further disputes about the transcript.

3. On or before **March 10, 2025**, Plaintiff shall re-deliver his response to Defendants' discovery request concerning whether Plaintiff "had an employment contract with Defendants." (ECF No. 60 at 3).

4. No later than **April 7, 2025**, Plaintiff may depose Defendant Richard Wang for an additional three hours of on-record time.

5. The parties do not anticipate the need for expert discovery in this case. Accordingly, the parties shall set forth in their joint letter certifying completion of fact discovery, due April 14, 2025, whether there is any change in their positions with respect to expert discovery. (<u>See</u> ECF No. 54 at 1).

Dated:     New York, New York
            March 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2