

June 11, 2025

Hon. John P. Cronan
U.S. District Judge
U.S. District Court (S.D.N.Y.)
500 Pearl Street, Crtrm12D
New York, NY 10007

      Re: Christopher Clarke v. Passfeed Inc., et al
          Case No. 24-cv-00596-JPC

Dear Judge Cronan:

    As you know, I represent Defendants Passfeed, Richard Wang and Erin Boose in the above referenced matter.

    Pursuant to your honor's procedures, I am writing this letter motion to request Exhibit 2 (Plaintiff's School Transcript), which is attached as an exhibit to Defendant's Memorandum of Law in Support of the Motion for Summary Judgment to be sealed. (No. 72 on the PACER docket).

    Magistrate Judge Cave granted permission for certain documents produced in this litigation be marked a confidential. Plaintiff's Transcript (Exhibit 2) is one of the documents the parties' agreed should be marked as confidential and sealed.

    Thank you for your consideration in this matter.

Respectfully

/s/ Robin J. Gray

_____

Robin J. Gray, Esq.

The request is granted. This limited sealing is warranted under *Lugosch* because Plaintiff's privacy interests outweigh the value of public disclosure. The Clerk of Court is respectfully directed to seal Docket Number 72-3, and restrict viewing of that document to the parties in this case: Christopher Clarke, Passfeed, Inc., Erin Boose, and Shan Wang.

SO ORDERED
June 12, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge