

## LAW OFFICE OF
## ROBIN J. GRAY

(484) 769-5855 (P)  (610) 777-1432 (F)
ROBINJGRAYLAW.COM

July 15, 2025

Hon. John P. Cronan
U.S. District Judge
U.S. District Court (S.D.N.Y.)
500 Pearl Street, Crtrm12D
New York, NY 10007

    Re: Christopher Clarke v. Passfeed Inc., et al
       Case No. 24-cv-00596-JPC

Dear Judge Cronan:

    As you know, I represent Defendants Passfeed, Richard Wang and Erin Boose in the above referenced matter.

    Although your honor was gracious and granted our request to seal the motion, apparently, some of the documents are still open to public view.

    Pursuant to your honor's procedures, I am writing this letter motion to request the following documents be sealed due to the private nature of their content:

- Document 67 – 3 on the PACER Docket
- Document 69 – 5 on the PACER Docket
- Document 72 – 3 on the PACER Docket
- 

    Thank you for your consideration and understanding in this matter.

Respectfully

/s/ Robin J. Gray
_____
Robin J. Gray, Esq.

---

The request is granted for the reasons set forth in the Court's Order at Docket Number 74. The Clerk of Court is respectfully directed to seal the documents at Docket Numbers 67-3 and 69-5, and restrict their viewing to the parties in this case: Christopher Clarke, Passfeed, Inc., Erin Boose, and Shan Wang.

SO ORDERED
July 16, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

PO BOX 6874, WYOMISSING, PA 19610 | PO BOX 3468, WEST CHESTER, PA 19381
409 WASHINGTON AVE., STE 600, TOWSON, MD 21204 | 45-02 WASHINGTON AVE., ASTORIA, NY 11103