UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

CHRISTOPHER CLARKE,                                    :

                   Plaintiff,                     :

         -v-                                    :          24 Civ. 596 (JPC)

                                      :

PASSFEED, INC., *et al.*,                              :          ORDER

              Defendants.                       :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Counsel for all parties are ordered to appear before the undersigned for a conference on May 15, 2026, at 3:30 p.m., to discuss next steps in this case. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The parties should be prepared to discuss their trial availability at the conference.

       SO ORDERED.

Dated: May 5, 2026
      New York, New York

                                             JOHN P. CRONAN
                                 United States District Judge