UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                              :

CHRISTOPHER CLARKE,                            :

                                     :

                    Plaintiff,              :

                                     :

          -v-                         :            24 Civ. 596 (JPC)

                                     :

PASSFEED, INC., *et al.*,                  :             ORDER

                                     :

                    Defendants.         :

                                     :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on December 7, 2026. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan. The joint proposed pretrial order and all other required pretrial filings (*i.e.*, proposed jury *voir dire* questions, verdict form, and requests to charge, and any motions *in limine* and pretrial memoranda of law) shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by October 30, 2026. Any oppositions to motions *in limine* and responsive pretrial memoranda of law shall be filed by November 6, 2026. Replies in support of motions *in limine*, if any, must be filed by November 13, 2026.

The parties shall appear for a final pretrial conference on November 20, 2026, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

The Parties shall submit thumb drives with electronic copies of all intended exhibits and an exhibit list by December 4, 2026.  Unless the Court orders otherwise, any exhibits and exhibit lists shall be submitted to the Court electronically, and the parties shall not submit hard copies.

SO ORDERED.

Dated: May 14, 2026
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

2