UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER CLARKE, Plaintiff, -v- PASSFEED, INC., *et al.*, Defendants. | 24 Civ. 596 (JPC) ORDER |

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on August 11, 2026, at 2:00 p.m., to discuss pretrial logistics and the status of discussions regarding a potential pretrial resolution. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. By August 7, 2026, the parties must submit a joint status letter stating whether they would be available should the trial be rescheduled for the week of November 16, 2026, the week of November 30, 2026, or the week of December 14, 2026.

SO ORDERED.

Dated: July 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge