LAW OFFICE OF
ROBIN J. GRAY

(484) 769-5855 (P) (610) 777-1432 (F)
ROBINJGRAYLAW.COM

July 28, 2026

The conference scheduled for August 11, 2026, at 2:00 p.m., is adjourned until August 12, 2026, at 2:00 p.m. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to close Dkt. 96.

SO ORDERED
July 28, 2026

JOHN P. CRONAN
United States District Judge

Hon. John P. Cronan
US District Court Southern District of NY
500 Pearl Street
Room 1320
New York, NY 10007

Re: Christopher Clarke v. Passfeed, et al
1:24-cv-00596-JPC

Dear Judge Cronan:

Please be advised that I represent Defendants, Passfeed, Richard Wang and Erin Boose in the above referenced matter.

The court has scheduled a conference for August 11, 2026 at 2:00 pm to discuss a potential pretrial resolution in this case.

I am scheduled for a hearing in Berks County, Pennsylvania on August 11 at 9:00 am. Due to the distance in which I need to travel to between Berks County Pennsylvania and New York, I would need to leave my office at 9:30 to ensure my timely arrival for the 2:00 conference.

Defendants agree that a pretrial resolution in this case would be ideal to avoid a lengthy and costly trial. I am requesting that Defendants be permitted to attend the conference virtually or the conference be rescheduled to a time mutually convenient for this Honorable Court and the parties, if the Court would be so inclined to grant this request. Attorney Fingerhut has no objection, but he and his client are prepared to appear in person on the scheduled date and time.

Thank you for your consideration.

Respectfully

/s/ Robin J. Gray

Robin J. Gray, Esq.

cc: Steven Fingerhut
steven@fingerhutlawgroup.com