# FINGERHUT LAW

ATTORNEY AT LAW

469 7th Avenue, 12th Floor, New York, NY 10018  •  212-680-4040  •  steven@fingerhutlawgroup.com
www.fingerhutlawgroup.com

August 7, 2026

**<u>VIA ECF</u>**
Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *Christopher Clarke v. Passfeed, Inc., et al.*
> Case No.: 1:24-cv-00596 (JPC) (SLC)

Your Honor:

I represent Plaintiff in the above-referenced action and submit this letter jointly with counsel for Defendants pursuant to the Court's July 24, 2026, Text Order.

Counsel for all parties respectfully confirm that they will appear in person for the status conference scheduled for August 12, 2026, at 2:00 p.m.

Counsel for all parties have further conferred regarding the alternative trial dates identified in the Court's Order. In addition to the trial date currently set for December 7, 2026, all parties are available for trial the week of November 16, 2026, and the week of December 14, 2026.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Steven Fingerhut*
Steven Fingerhut, Esq.
Fingerhut Law
Attorney for Plaintiff

cc:    Robin J. Gray, Esq. (via ECF)
Attorney for Defendants

Fingerhut Law is a d/b/a of Fingerhut Law Group, PLLC.

**CONFIDENTIALITY NOTICE:** *This communication and any attachments may contain confidential or privileged attorney-client information intended only for the named recipient(s). If you received this in error, please notify the sender and delete the message. Any disclosure, copying, or distribution is prohibited.*