UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHRISTOPHER CLARKE, Plaintiff, -v- PASSFEED, INC., *et al.*, Defendants. | : | 24 Civ. 596 (JPC) ORDER |

JOHN P. CRONAN, United States District Judge:

In a letter filed September 9, 2026, counsel for Defendant Shan Wang represented that she has been informed that "Mr. Wang departed the United States and [is] believed to have returned to China." Dkt. 101. She further stated that there is "no indication that [Wang] would be returning to the United States." *Id.* Defendants thus seek an adjournment of the trial currently scheduled for December 7, 2026. *Id.*

As discussed at the conference held yesterday, counsel for all parties are ordered to appear before the undersigned for a status conference on October 23, 2026, at 2:00 p.m., to discuss Defendants' motion for a continuance. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. **Defendant Wang himself must appear in person at the October 23 conference.** Wang's failure to appear at the conference may result in the commencement of default judgment proceedings against him.

SO ORDERED.

Dated: September 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge